**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LETICIA CASTELLANOS,

                Plaintiff,

    v.

ROCKSTAR STAFFING LLC ET AL,

                Defendant.

Case No. 8:24-cv-01567-DOC-DFM

**ORDER DISMISSING CASE PURSUANT TO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(A)(1)(A)(II) WITH PREJUDICE**

The Court, is in receipt of the parties' Joint Stipulation to Dismiss Case [25] and hereby orders this action DISMISSED with prejudice. All proceedings in this case are VACATED and taken off calendar. Each party to bear her/its own costs and fees in connection with this action.

Dated: December 16, 2025

_David O. Carter_

Honorable David O. Carter
UNITED STATES DISTRICT JUDGE